UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAY ROOHPARVAR,<br><br>                Plaintiff,<br><br>        v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>                Defendant. | Case No. 5:14-cv-02236-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 9)** |

The parties have filed a notice of settlement in this case.[1] The court therefore vacates the pre-trial conference and trial dates. The parties shall file a notice of dismissal within forty-five days or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 9 at 2 ("NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 45 days.").