UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RAY ROOHPARVAR, | Case No: 5:14-CV-02236-PSG |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| ASSET RECOVERY SOLUTIONS, LLC, | |
| Defendants. | HON. PAUL SING GREWAL |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice. This court retains jurisdiction to enforce settlement of this action.

IT IS SO ORDERED.

Dated: October 10, 2014

*Paul S. Grewal* (signature)
HON. PAUL SINGH GREWAL
UNITED STATES DISTRICT JUDGE